JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST; and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>SME CONSTRUCTION, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 08-05571 SJO (JTLx)<br><br>Assigned to the Honorable S. James Otero, United States District Judge<br><br>**JUDGMENT** |

This action having been commenced on August 25, 2008, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust and against defendant SME Construction, Inc., a California corporation, and for good cause shown,

///

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2  Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust shall recover from defendant SME Construction, Inc., a California corporation, the principal amount of $278,527.76, together with post-judgment interest as provided by law.

DATED: 4/2/09

*S. James Otero*

UNITED STATES DISTRICT JUDGE

-2-

Judgment

199024.1